IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| STEPHEN JACKSON, | * |
| Petitioner, | * |
| v. | Case No. 1:22-CV-12 (LAG) (TQL) |
| | * |
| | * |
| STATE OF GEORGIA, *et al.*, | |
| | * |
| Respondents, | |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 11, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 11th day of May, 2022.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk